UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VANESSA RASBERRY,<br><br>             Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | CASE NO. 3:18-cv-5719 JLR-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3) **JUDGMENT** is for **PLAINTIFF** and the case should be closed.

(4) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 12th day of April, 2019.

*signature*

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2