U.S. District Court Judge James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| VANESSA R., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION <br><br> Defendant | Civil Case No.: 3:18-cv-5719-JLR <br><br> ~~PROPOSED~~ ORDER RE: UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

PROPOSED ORDER RE: UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT Page 1 of 3-- Civil Case No.: 3:18-cv-5719-JLR

Invictus Legal Services
P.O. Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556
Fax: (855) 679-9722

     Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, Plaintiff's EAJA petition and adjusted invoice and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, it is hereby ORDERED that: EAJA attorney's fees in the amount of **$6,886.8 and expenses of $16.22** shall:

     1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel; however,

     2) The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to George Andre Fields, Esq, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be electronically deposited to Plaintiff's counsel, George Andre Fields, Esq. at P.O. Box 231024, Sacramento, CA 95823.

                                                   U.S. DISTRICT COURT JUDGE

SO ORDERED this \_11\_ day of June, 2019

PROPOSED ORDER RE: UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT Page 2 of 3-- Civil Case No.: 3:18-cv-5719-JLR

Invictus Legal Services
P.O. Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556
Fax: (855) 679-9722

Presented by:

INVICTUS LEGAL SERVICES

/s/George Andre Fields,
Law Office of GA Fields, WSBA #25973
P.O. Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556
Fax: (855) 679-9722
gafieldsdisabilitylaw@gmail.com

Dated this 10th day of June, 2019.

PROPOSED ORDER RE: UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT Page 3 of 3-- Civil Case No.: 3:18-cv-5719-JLR