~~U.S. DISTRICT COURT JUDGE JAMES L. ROBART~~

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VANESSA R., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER SOCIAL SECURITY ADMINISTRATION <br><br> Defendant. | Case No: 3:18-CV-05719-JLR <br><br><br><br> ~~PROPOSED~~ ORDER RE: UNOPPOSED MOTION FOR 42 U.S.C. §406(b) FEES |

THIS COURT having considered Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to 42 U.S. C. §406(b) and the record herein and good cause having been shown for entry of this Order, hereby ORDERS

1) That Plaintiff's attorney George Andre Fields is awarded a gross attorney fee of $9,161.13, pursuant to 42 U.S. C. §406(b).

2) The court grants Plaintiff credit for counsel's prior EAJA award of $6,886.80 for a net attorney fee award under 42 U.S.C. 406(b) of $2,274.33.

PROPOSED ORDER RE: UNOPPOSED MOTION FOR 42 U.S.C. §406(B) FEES-PAGE 1 OF 2   3:18-CV-05719-JLR

George Andre Fields
Invictus Legal Services
PO Box 231024
Sacramento, CA 95823
Phone/Fax: (800) 567-1556

1  3) When issuing payment to Plaintiff's attorney herein, Social Security is

2  ~~directed to send to Plaintiff's attorney the award of $2,274.33~~ made payable

3  to Plaintiff's attorney and paid electronically or mailed to: GA Fields, P.O. Box

4  231024 Sacramento, CA 95823.

8  ORDERED THIS 23ʳᵈ day of October, 2019.

_____
James L. Robart
U.S. District Court Judge

13  Respectfully Presented,

15  /s/ GEORGE ANDRE FIELDS
Attorney for Plaintiff
16  PO Box 231024
Sacramento, CA 95823
17  Telephone: (800) 567-1556
gafieldsdisabilitylaw@gmail.com

25  PROPOSED ORDER RE: UNOPPOSED MOTION FOR 42 U.S.C. §406(B) FEES-PAGE 2 OF 2   3:18-CV-05719-JLR